**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7543**

———————————

LEONARD A. SMITH,

                                        Plaintiff - Appellant,

        versus


PARKER EVATT; TONY ELLIS; LARRY C. BATSON;
PRISON INDUSTRIES/PRIVATE SECTOR DIVISION OF
THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
JOHN DOE, President of ESCOD Corporation of
Myrtle Beach, South Carolina; GENE BAKER,

                                        Defendants - Appellees,

        versus


DAVID JOHN LEWIS; WILLIAM C. BRIDGEMAN,

                                                Movants.


———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Matthew J. Perry, Jr., Senior Dis-
trict Judge.  (CA-95-317-6-OAK)

———————————

Submitted:  January 9, 1997          Decided:  January 24, 1997

———————————

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Leonard A. Smith, Appellant Pro Se.  Thomas C.R. Legare, Jr., NEXSEN, PRUET, JACOBS & POLLARD, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals that portion of the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint relating to Appellees' taking of funds from him without court order for payment into a victim's compensation fund. We have reviewed the record and the district court's opinion as to this issue and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. Evatt, No. CA-95-317-6-OAK (D.S.C. Sept. 16, 1996). We decline to review any claims Appellant seeks to raise for the first time on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2